David T. Blake, Esq.
Nevada State Bar No. 11059
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dtblake@ww.law

Attorneys for Defendant
CITIMORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company,<br><br>   Plaintiff,<br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>   Defendants. | CASE NO.: 2:22-cv-00143-JAD-VCF<br><br>(Removed from 8th Judicial District, State of Nevada Case No.: A-22-946539-C)<br><br>**DEFENDANT CITIMORTGAGE, INC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to U.S. District Court, District Court of Nevada Local Rule 7.1-1, Defendant Citimortgage, Inc. ("Citimortgage"), by and through its attorneys, Wolfe & Wyman LLP, hereby certify that the following have an interest in the outcome of this case or are related to entities interested in the case:

Defendant Citimortgage is a wholly owned indirect subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation holds 10 percent or more of the stock of Citigroup Inc.

///

///

///

1

4152982.1

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED:  February 1, 2022                              WOLFE & WYMAN LLP


By:  */s/ David T. Blake*
DAVID T. BLAKE, ESQ.
Nevada State Bar No. 11059
6757 Spencer St.
Las Vegas, NV  89119
Attorneys for Defendant
CITIMORTGAGE, INC.

4152982.1

# CERTIFICATE OF SERVICE

On February 1, 2022, I served **DEFENDANT CITIMORTGAGE, INC'S CERTIFICATE OF INTERESTED PARTIES** by the following means to the persons as listed below:

    X       a.     ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

            b.     United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary):

John Henry Wright, Esq.
The Wright Law Group, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Counsel for Plaintiff Twinrock Holdings, LLC

Krista J. Nielson, Esq.
Nevada Bar no. 10698
Tiffany & Bosco, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
Counsel for Defendant National
Default Servicing Corporation

By:    */s/ Evelyn M. Pastor*
        Evelyn M. Pastor
        An employee of WOLFE & WYMAN LLP

4152982.1