EXHIBIT "B"

EXHIBIT "B"



Inst #: 20170531-0003711
Fees: $20.00
N/C Fee: $0.00
05/31/2017 03:44:02 PM
Receipt #: 3099183
Requestor:
NATIONWIDE LEGAL
Recorded By: SAO   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# 125-16-416-030

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Lis Pendens

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**

Citimortgage Inc.

**RETURN TO:** Name Akerman, LLP

Address 1160 Town Center Drive, Suite 330

City/State/Zip Las Vegas, Nevada 89144

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name _____

Address _____

City/State/Zip _____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

Electronically Filed
5/30/2017 10:29 AM
Steven D. Grierson
CLERK OF THE COURT

**NOLP**
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Citimortgage, Inc.*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada Corporation, <br><br>Plaintiff, <br><br>vs. <br><br>HAMERA CORPORATION, an Unknown Entity; E*TRADE BANK, an Unknown Entity; CITIMORTGAGE, INC.., a New York Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation; CITY OF LAS VEGAS, a Government Entity; ATC ASSESSMENT COLLECTION GROUP, a California Limited Liability Company; DOES I-X INDIVIDUALS; and DOE ENTITIES XI-XX, <br><br>Defendants, | Case No.:   A-13-675910-C <br> Dept.:       XXX <br><br> **NOTICE OF LIS PENDENS** |
| CITIMORTGAGE, INC. <br><br>Counterclaimant, <br><br>vs. <br><br>PREMIER ONE HOLDINGS, INC. <br><br>Counter-defendant. | |

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting the title to, or possession of certain real property described herein, was commenced on the 30th day of

{41865143;1}

January, 2013 in the above named court. The property is situated in Clark County, Nevada, and is commonly known as 7313 Hospitality Place, Las Vegas, Nevada 89131, and legally described as follows:

**Parcel One (1):**

**Lot 12 in Block 4 of Elkhorn Springs – Parcel 4B, as shown by map thereof on file in Book 73 of Plats, Page 28 in the Office of the County Recorder of Clark County, Nevada.**

Reserving therefrom a non-exclusive easement for use and enjoyment in and to the Association Property as set forth in the Master Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for ELKHORN, recorded March 22, 1995 in Book 950322 ad Document No. 00346, as the same may from time to time be amended and/or supplemented, all in the Office of the County Recorder of Clark County, Nevada.

**Parcel Two (2):**

**A non-exclusive easement for use and enjoyment in and to the Association Property, which easement is appurtenant to Parcel One (1).**

and more particularly identified in the official records of the Clark County Recorder as APN:

**125-16-416-030.**

DATED this 30th day of May, 2017.

              **AKERMAN LLP**

              */s/ Tenesa S. Scaturro,*
              ARIEL E. STERN, ESQ.
              Nevada Bar No. 8276
              TENESA S. SCATURRO, ESQ.
              Nevada Bar No. 12488
              1160 Town Center Drive, Suite 330
              Las Vegas, Nevada 89144
              *Attorneys for CitiMortgage, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2017 and pursuant to NRCP 5(b), I served via the Clark County electronic filing system a true and correct copy of the foregoing **NOTICE OF LIS PENDENS**, addressed to:

**Premier One**
Candy            ccarducci@grelv.com

/s/ *Doug J. Layne*
An employee of AKERMAN LLP

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

MAY 3 1 2017

{41865143;1}                 3