EXHIBIT "D"

EXHIBIT "D"

Inst #: 20201022-0001315
Fees: $42.00
10/22/2020 09:38:35 AM
Receipt #: 4260785
Requestor:
Akerman LLP  Las Vegas
Recorded By: MAYSM  Pgs: 2

**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

APN #: 125-16-416-030

**When recorded, return to:**
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

## NOTICE OF RESCISSION OF NOTICE OF
## BREACH AND DEFAULT AND ELECTION TO SELL TO
## CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN: CITIMORTGAGE, INC.** is the beneficiary of record of a deed of trust dated **March 10, 2006**, executed by **Wayne Berwick and Debra Berwick, husband and wife as joint tenants**, as trustors, to secure certain obligations in favor of **Mortgage Electronic Registration Systems, Inc., solely as nominee for Home Loan Center, Inc. dba LendingTree Loans**, as beneficiary, recorded with the **Clark County, Nevada** Recorder on **March 20, 2006, as Instrument No. 20060320-0002449**, describing land therein as more fully described in the above-referenced Deed of Trust.

Said obligations including one Note for the sum of **$180,000**.

**WHEREAS,** the beneficiary of record under the certain Deed of Trust above described, delivered to the Trustee thereunder written declaration of default and demand for sale; and Whereas, Notice was given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, Notice(s) of Default were recorded as set forth below:

Notice of Breach and Default and Election to Cause Sale of Real Property under Deed of Trust recorded on **October 27, 2010** in the office of the **Clark County, Nevada** Recorder, as **201010270003861**.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that **CITIMORTGAGE, INC.,** as present beneficiary of record, does hereby rescind, cancel, withdraw and revoke without prejudice the acceleration of the Note, or Deed of Trust, or both, as referenced in the Notice of Breach and Default and Election to Cause Sale of Real Property under Deed of Trust listed above. This rescission shall not in any manner be construed as waiving or affecting any breach of default—past, present or future—under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, to withdraw and revoke without prejudice the acceleration of the Note, or Deed of Trust, or both, and shall no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Notice of Breach and Default and Election to Cause Sale of Real Property under Deed of Trust had not been made and given. This rescission merely reinstates the obligations secured by the Deed of Trust as though the Notice of Breach and Default and

55061427;1

Election to Cause Sale of Real Property under Deed of Trust listed above had not been previously recorded.

**PLEASE NOTE THIS IS NOT AN ATTEMPT TO COLLECT A DEBT. WAYNE AND DEBRA BERWICK'S BANKRUPTCY DISCHARGED THEM OF ANY PERSONAL LIABILITY ON THE LOAN secured by the above-referenced deed of trust. The purpose of this document is to decelerate the subject loan until such time as the deed of trust beneficiary or its successors or assigns MAY ELECT to foreclose pursuant to the deed of trust.**

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed this 19th day of October , 2020.

CITIMORTGAGE, INC.

By: _____

Name: David Hatfield

Title: VICE PRESIDENT

State of Missouri , County of St. Charles

The foregoing instrument was acknowledged before me on October 19, 2020 , (Date)

by DAVID HATFIELD .

(Full Name of Signor)

(Seal)

RENEE J. LUDWIG
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 09450337
My Commission Expires Feb 4, 2023

Notary Public, State of Missouri

Renee J. Ludwig

Print or Type Name

My Commission Expires: 2/4/2023

APN #: 125-16-416-030

55061427;1