David T. Blake, Esq. (#11059)
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dtblake@ww.law

Attorneys for Defendant
CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company,<br><br>              Plaintiff,<br>     v.<br><br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>              Defendants. | CASE NO.:   2:22-cv-00143-JAD-VCF<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Pursuant to this Court's January 27, 2022, Minute Order in Chambers (Dkt. # 2), Defendant CitiMortgage Inc. ("CitiMortgage") provides the Court with the following information:

1.   <u>Status of the Action</u>: This is a quiet title action enforceability of a deed of trust encumbering real property located in Clark County, Nevada (the "Property"). *See* Dkt.# 1-1 ¶ 8. Plaintiff, Twinrock Holdings, LLC ("Twinrock") filed its complaint in the Eight Judicial District Court of Clark County Nevada on January 11, 2022 (Case No. A-22-846539-C (the "State Court Action"). Twinrock filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction on Order Shortening Time in the State Court Action on January 13, 2022. The state court issued a TRO enjoining the sale of the on January 13, 2022. Twinrock served the Complaint and other relevant court papers on January 14, 2022.

1

4200379.1

Defendant CitiMortgage, Inc. ("CitiMortgage") removed the action to this Court on January 27, 2022 (Dkt #2). CitiMortgage filed a Motion to Dismiss February 4, 2022 (Dkt. #4). That motion is fully briefed ripe for argument or decision (Opposition filed February 18, 2022 Dkt. #7; Reply filed February 25, 2022, Dkt. #10).

Twinrock also filed a Motion for Temporary Restraining Order and Preliminary Injunction on Order Shortening Time on February 24, 2022 (Dkt. #8). That Motion has been fully briefed and decided (Dkt. #12).

2. <u>Action for the Court</u>: CitiMortgage's Motion to Dismiss is fully briefed and ripe for argument or decision. Other than this, there is no action required by the court.

DATED:  March 22, 2022                                       WOLFE & WYMAN LLP


By:   /s/ David Blake
      DAVID T. BLAKE, ESQ.
      Nevada Bar No:  11059
      6757 Spencer Street
      Las Vegas, NV  89119
      *Attorneys for Defendant*
      *CitiMortgage, Inc.*


March 22, 2022                                               THE WRIGHT LAW GROUP, P.C.


By:   */s/ John Henry Wright*
      John Henry Wright, Esq.
      Nevada Bar No:  6182
      2340 Paseo Del Prado, Suite D-305
      Las Vegas, NV  89102
      *Attorneys for Plaintiff*
      *Twinrock Holdings, LLC*

4200379.1

**Certificate of Electronic Service**

On March 22, 2022 I served **Statement Regarding Removal** by the following means to the persons as listed below:

   X    a. Using the Court's ECF System, which provided electronic service to the parties listed below:

_____ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

John Henry Wright, Esq.
The Wright Law Group, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Counsel for Plaintiff Twinrock Holdings, LLC

Krista J. Nielson, Esq.
Nevada Bar no. 10698
Tiffany & Bosco, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
Counsel for Defendant National Default Servicing Corporation

/s/ Evelyn M. Pastor
Evelyn M. Pastor
An employee of WOLFE & WYMAN LLP

3

4200379.1