# EXHIBIT 1

## AFFIDAVIT OF SERVICE OF NDSC

# EXHIBIT 1

Electronically Filed
1/14/2022 1:24 PM
Steven D. Grierson
CLERK OF THE COURT

JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
Attorneys for Plaintiff
TWINROCK HOLDINGS, LLC

## District Court

| Plaintiff / Petitioner:<br>TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company | Case No: A-22-846539-C<br>DEPT. NO. XIV |
|---|---|
| Defendant / Respondent:<br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX, | AFFIDAVIT/DECLARATION OF SERVICE NATIONAL DEFAULT SERVICING CORPORATION |

I, Michelle Harris, R-2019-09792, being duly sworn, or under penalty of perjury, state that at all times relevant, I was over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

That on Fri, Jan 14 2022 at 10:30 AM, at the address of 701 S CARSON ST STE 200, within Carson City, NV, 89701, the undersigned duly served the following document(s): Complaint, Notice of Lis Pendens, Summons, Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction on Order Shortening Time in the above entitled action upon NATIONAL DEFAULT SERVICING CORPORATION, by then and there, personally delivering 1 true and correct copy(ies) of the above documents to CT CORPORATION SYSTEM, REGISTERED AGENT by leaving with CHARLIE FECTEAU, PER NEVADA REVISED STATUTE 14.020 2. as a person of suitable age and discretion at the address above, which address is the most recent street address of the registered agent shown on the information filed with the Secretary of State pursuant to chapter 77 of NRS.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. No Notary is Required per NRS 53.045.

**Date:**   01/14/2022

_____
Michelle Harris. R-2019-09792

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702-919-7223
Job: 6555781