# EXHIBIT 2

## NDSC'S DECLARATION OF NON-MONETARY STATUS

# EXHIBIT 2

Electronically Filed
1/26/2022 9:53 AM
Steven D. Grierson
CLERK OF THE COURT

DNMS
KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
Tel (702) 258-8200
*Attorney for Defendant National*
*Default Servicing Corporation*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY NEVADA

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah limited liability company, | Case No. A-22-846539-C<br>Dept. No. XIV |
| Plaintiffs, | **NATIONAL DEFAULT SERVICING CORPORATION'S DECLARATION OF NON-MONETARY STATUS PURSUANT TO NRS 107.029** |
| vs. | |
| CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive | |
| Defendants. | |

I, Olivia Todd, declare and state as follows:

1. I am President of National Default Servicing Corporation (hereinafter "NDSC"). I have personal knowledge of the facts set forth herein, and, if called upon to do so, I would and could competently testify thereto.

2. NDSC has been named as a defendant in the above-referenced action.

3. The subject of the above-referenced action is pertaining to injunctive relief regarding the non-judicial foreclosure of real property, which may affect a deed of trust of which NDSC is the trustee.

4. At the time of filing of the Complaint by the Plaintiff, NDSC is the trustee of a Deed of Trust recorded with the Clark County Recorder on March 20, 2006, as Instrument No. 20060320-0002449.

5. Based on my review of the Complaint on file herein, it is my reasonable belief that NDSC has been named in the action solely in its capacity as the substitute trustee of the Deed of Trust and not as the result of any wrongful act or omission made in the performance of its duties as trustee.

6. The basis for my reasonable belief set forth above is that NDSC has not been involved in any way with the subject property outside of its capacity as the trustee, and NDSC has no interest in the property except as the named trustee under the Deed of Trust.

Executed this 20th day of January, 2022, at Phoenix, Arizona.

_____
Olivia Todd, Declarant

Submitted by:

TIFFANY & BOSCO, P.A.

_____
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
*Attorney for National Default Servicing Corporation*

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas NV 89135
Tel (702) 258-8200 Fax (702) 258-8787