JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Plaintiff*
*Twinrock Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; BRECKENRIDGE PROPERTY FUND 2016, LLC, a foreign Limited Liability Company, DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants. | CASE NO: 2:22-cv-00143-JAD-VCF<br><br>ECF Nos. 19, 22 |

**STIPULATION AND ORDER TO DISMISS NATIONAL DEFAULT SERVICING**

PLEASE TAKE NOTE that Plaintiff TWINROCK HOLDINGS, LLC and Defendant NATIONAL DEFAULT SERVICING CORPORATION by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff, TWINROCK HOLDINGS, LLC's Complaint against Defendant NATIONAL DEFAULT SERVICING CORPORATION is hereby dismissed with prejudice with the understanding that, solely in its capacity as Trustee, it is bound by any non-monetary order of the Court directed at Citimortage, Inc., concerning the conduct of any foreclosure; and

2. Each party to this Stipulation shall bear its own fees and costs.

[SIGNATURES CONTINUED ON NEXT PAGE]

*Stipulation and Order to Dismiss With Prejudice*
*CASE NO: 2:22-cv-00143-JAD-VCF*

**IT IS SO STIPULATED.**

Dated this 20th day of April, 2022.                    Dated this 20th day of April, 2022.

**THE WRIGHT LAW GROUP, P.C.**                         **TIFFANY & BOSCO, P.A.**

/s/ *John Henry Wright, Esq.*                          /s/ *Krista J. Nielson, Esq.*
JOHN HENRY WRIGHT, ESQ.                                KRISTA J. NIELSON, ESQ.
Nevada Bar No. 6182                                    Nevada Bar No. 10698
2340 Paseo Del Prado, Suite D-305                      10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89102                                    Las Vegas, NV 89135

*Attorney for Plaintiff*                               *Attorneys for Defendant*
*Twinrock Holding, LLC*                                *National Default Servicing Corporation*

## ORDER

Based on the stipulation between plaintiff and National Default Servicing Corporation **[ECF No. 22]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST National Default Servicing Corporation are DISMISSED with prejudice**, each side to bear its own fees and costs. National Default Servicing Corporation's pending motion **[ECF No. 19] is denied as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022