JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Plaintiff*
*Twinrock Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; BRECKENRIDGE PROPERTY FUND 2016, LLC, a foreign Limited Liability Company, DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants. | CASE NO: 2:22-cv-00143-JAD-VCF<br><br>ECF Nos. 20, 23 |

**STIPULATION TO FILE AMENDED COMPLAINT NUNC PRO TUNC**

COME NOW, Plaintiff TWINROCK HOLDINGS, LLC, by and through its counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Defendant CITIMORTGAGE, INC., by and through its counsel of record, David T. Blake, Esq., of Wolfe & Wyman, LLP, hereby stipulate and agree as follows:

**WHEREAS**, TWINROCK HOLDINGS, LLC ("TWINROCK"), filed its Complaint in the Eighth Judicial District Court, Clark County, Nevada, ("State Court") under Case No. A-22-846539-C on January 11, 2022. The same was served on CITIMORTGAGE, INC. ("CITI"), and NATIONAL DEFAULT SERVICING CORPORATION ("NATIONAL") on January 14, 2022.

**WHEREAS**, NATIONAL filed a Declaration of Non-monetary Status pursuant to NRS 107.029 with the State Court on January 26, 2022.

**WHEREAS**, CITI filed a Notice of Removal to Federal Court on January 26, 2022. (ECF #1).

**WHEREAS**, CITI filed a Motion to Dismiss Complaint on February 4, 2022. (ECF #4).

**WHEREAS**, TWINROCK filed an Amended Complaint on March 25, 2022. (ECF #14), which was more than 21 days after CITI filed its Motion to Dismiss, and which violated FRCP 15(a)(2). (ECF #4).

**WHEREAS**, NATIONAL filed a Motion to Strike Amended Complaint on April 8, 2022, alleging that the Amended Complaint violated FRCP 15(a)(2). (ECF #19).

**WHEREAS**, TWINROCK and NATIONAL stipulated to dismiss NATIONAL as a defendant, with prejudice on April 20, 2022. (ECF #22) making the motion moot or withdrawn.

**WHEREAS**, Federal Rule of Civil Procedure 15(a)(2) permits any party to file an amended pleading "with the opposing party's written consent". At the time of the filing of the Amended Complaint, the only parties to the action were Plaintiff, NATIONAL and CITI.

BASED ON THE FOREGOING, TWINROCK and CITI STIPULATE AND AGREE AS FOLLOWS:

1. CITI consents to the filing of the Amended Complaint that was filed on March 25, 2022, without the need to withdraw or re-file the same; and

2. Within twenty-one (21) days after the entry of this Stipulation and Order, Defendants shall file its response to the Amended Complaint; and

3. The Parties request that the Court enter this Stipulation and Order ***nunc pro tunc*** as to the original date of the filing of the Amended Complaint, which is March 25, 2022.

The parties have entered into the agreement in good faith and not for any improper purpose or delay.

[SIGNATURES CONTINUE ON NEXT PAGE]

*Stipulation to File Amended*
*Complaint Nunc Pro Tunc*
*CASE NO: 2:22-cv-00143-JAD-VCF*

**IT IS SO STIPULATED.**

Dated this 29th day of April, 2022.                          Dated this 29th day of April, 2022.

**THE WRIGHT LAW GROUP, P.C.**                               **WOLFE &WYMAN LLP**

/s/ *John Henry Wright, Esq.*                                /s/ *David Blake, Esq*
JOHN HENRY WRIGHT, ESQ.                                      DAVID T. BLAKE, ESQ.
Nevada Bar No. 6182                                          Nevada Bar No. 11059
2340 Paseo Del Prado, Suite D-305                            6757 Spencer Street
Las Vegas, NV 89102                                          Las Vegas, NV 89119

*Attorney for Plaintiff*                                     *Attorneys for Defendant*
*Twinrock Holding, LLC*                                      *Citimortgage, Inc*

### ORDER

Based on the parties' stipulation [ECF No. 23], IT IS SO ORDERED. IT IS FURTHER ORDERED that Defendant Breckenridge Property Fund 2016, LLC's motion to dismiss [ECF No. 20] is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022