# EXHIBIT 1

**RECORDING REQUESTED BY:**
Fidelity National Title Agency of Nevada, Inc.
Escrow No. 04-321526-TAD
Title Order No. 00321526

20040514-0003181
Fee: $15.00    RPTT: $1,568.25
05/14/2004 12:01:19   T20040022024
Req: FIDELITY NATIONAL TITLE
Frances Deane
Clark County Recorder   Pgs: 3

**When Recorded Mail Document
and Tax Statement To:**
Mr. and Mrs. Wayne Berwick
7313 Hospitality Place
Las Vegas, NV 89131

RPTT: 1,568.25
APN: 125-16-416-030

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That **Tanya L. Huffman**, a married woman as her sole and separate property
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, do(es) hereby Grant, Bargain, Sell and

Convey to **Wayne Berwick and Debra Berwick, Husband and Wife as Joint Tenants**

all that real property situated in the Clark County, State of Nevada, bounded and described as follows:

SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO:  1.   Taxes for the fiscal year 2003-2004
2.   Covenants, Conditions, Reservations, Rights, Rights of Way and Easements now of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: May 10, 2004

STATE OF NEVADA
COUNTY OF Clark

This instrument was acknowledged before me
on  May 10 2004
by Tanya L. Huffman

Signature
My Commission Expires: 04/23/05
Notary Public

Tanya L. Huffman

MORRIS W. ROSE
Notary Public State of Nevada
No. 01-68523-1
My appt. exp. Apr 23, 2005

NV (Rev 6/03)                                GRANT DEED

Escrow No. 04-321526-TAD
Title Order No. 00321526

# EXHIBIT ONE

Parcel One (1):

Lot 12 in Block 4 of Elkhorn Springs - Parcel 4B, as shown by map thereof on file in Book 73 of Plats, Page 28 in the Office of the County Recorder of Clark County, Nevada.

Reserving therefrom a non-exclusive easement for use and enjoyment in and to the Association Property as set forth in the Master Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for ELKHORN, recorded March 22, 1995 in Book 950322 ad Document No. 00346, as the same may from time to time be amended and/or supplemented, all in the Office of the County Recorder of Clark County, Nevada.

Parcel Two (2):

A non-exclusive easement for use and enjoyment in and to the Association Property, which easement is appurtenant to Parcel One (1).

# STATE OF NEVADA
# DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a) 125-16-416-030
   b) _____
   c) _____
   d) _____
   e) _____

2. Type of Property:
   a) ☐ Vacant Land
   b) ☒ Single Fam. Res.
   c) ☐ Condo/Twnhse
   d) ☐ 2 - 4 Plex
   e) ☐ Apt. Bldg.
   f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural
   h) ☐ Mobile Home
   ☐ Other _____

**FOR RECORDERS OPTIONAL USE ONLY**

Document/Instrument #: _____

Book: _____ Page: _____

Date of Recording: _____

Notes: _____

3. Total Value/Sales Price of the Property        $ 307,500.00
   Deed in Lieu of Foreclosure Only (Value of Property)  ( _____ )
   Transfer Tax Value:                            $ 307,500.00
   Real Property Transfer Tax Due                 $ ~~0.00~~ 1,568.25

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090. Section 0
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity  Seller

Signature _____  Capacity  Buyer

**SELLER (GRANTOR) INFORMATION**
(REQUIRED)
Print Name: Tanya L. Huffman
Address: 7313 Hospitality Place
City, State, Zip: Las Vegas, NV 89131

**BUYER (GRANTEE) INFORMATION**
(REQUIRED)
Print Name: Wayne Berwick and Debra Berwick
Address: 7261 Capistrano Ave.
City, State, Zip: West Hills, CA 91308

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Fidelity National Title Agency of Nevada, Inc.    Escrow #: 04-321526-TAD
Address: 3711 E. Sunset Rd. #10
City, State and Zip: Las Vegas, NV 89120
(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

State of Nevada, Declaration of Value (declval.wpf 11/01)