# EXHIBIT 6

```
Inst #: 201012160000294
Fees: $14.00
N/C Fee: $25.00
12/16/2010 08:02:15 AM
Receipt #: 613752
Requestor:
LSI TITLE AGENCY INC.
Recorded By: BJB   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER
```

APN: 125-16-416-030

Recording Requested By
And When Recorded Mail To:

CITIMORTGAGE, INC.
P.O. BOX 790017
ST. LOUIS MO 63179-0017

*100224464*

_____SPACE ABOVE THIS LINE FOR RECORDER'S USE_____
T.S. NO.   1305674-15   MERS ID: 100196800050010375
LOAN NO.   XXXXXX4192

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

CITIMORTGAGE, INC.

all beneficial interest under that certain deed of trust dated March 10, 2006, executed by

WAYNE BERWICK AND DEBRA BERWICK, HUSBAND AND WIFE AS JOINT TENANTS, trustor,

to T.D. SERVICE COMPANY, trustee,

and recorded as Instrument No. 20060320-0002449 on March 20, 2006 in book XX page XX, of Official Records in the County Recorder's office of CLARK County, NEVADA describing land therein as

COMPLETELY DESCRIBED IN SAID DEED OF TRUST

together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:   December 10, 2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME LOAN CENTER, INC., DBA LENDING TREE LOANS

X _____
Joe Krasovic, Asst. Sec.

State of California
County of San Diego

On   DEC 13 2010   before me,   Rosalyn Hall
a Notary Public, personally appeared   Joe Krasovic
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal   (Seal)

Signature _____

ROSALYN HALL
COMM. #1793727
Notary Public - California
San Diego County
My Comm. Expires Mar. 16, 2012

ASGNTD.doc                                                                                     Page 1 of 1

Print Date: 1/6/2022 7:44 AM        Page 1 of 1