# EXHIBIT 7

```
Inst #: 201210180001773
Fees: $18.00
N/C Fee: $0.00
10/18/2012 10:33:44 AM
Receipt #: 1348828
Requestor:
FIRST AMERICAN NATIONAL DEF
Recorded By: DGI   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
```

WHEN RECORDED MAIL TO:

ATC Assessment Collection Group, LLC
1120 North Town Center Drive, Suite 260
Las Vegas, NV 89144-6304
(702) 255-1124

TS No.: 2009-4229-N
Title Order No.: 4360624
APN: 125-16-416-030

**ATC Assessment Collection Group, LLC is a debt collector and is attempting to collect a debt. Any information obtained will be used for that purpose.**

# NOTICE OF SALE

**WARNING! A SALE OF YOUR PROPERTY IS IMMINENT! UNLESS YOU PAY THE AMOUNT SPECIFIED IN THIS NOTICE BEFORE THE SALE DATE, YOU COULD LOSE YOUR HOME, EVEN IF THE AMOUNT IS IN DISPUTE. YOU MUST ACT BEFORE THE SALE DATE. IF YOU HAVE ANY QUESTIONS, PLEASE CALL ATC ASSESSMENT COLLECTION GROUP, LLC AT (702) 255-1124 or (877) 781-8885. IF YOU NEED ASSISTANCE, PLEASE CALL THE FORECLOSURE SECTION OF THE OMBUDSMAN'S OFFICE, NEVADA REAL ESTATE DIVISION AT (877) 829-9907 IMMEDIATELY.**

ATC Assessment Collection Group, LLC officially assigned as agent by the Elkhorn Community Association, a Nevada Non-Profit Corporation under the Notice of Delinquent Assessment Lien. **YOU ARE IN DEFAULT UNDER THE NOTICE OF DELINQUENT ASSESSMENT LIEN**, recorded on 12/14/2009, in Book Number 20091214, as Instrument Number 0001932, Page  reflecting Wayne Berwick and Debra Berwick as the owner(s) of record on said lien. **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT PUBLIC SALE.** If you need an explanation of the nature of the proceedings against you, you should contact an attorney.

The Notice of Default and Election to Sell Under Notice of Delinquent Assessment Lien was recorded on 1/20/2010, in Book Number 20100120 Page , as Instrument Number 0002839 of the Official Records in the Office of the Recorder.

**NOTICE IS HEREBY GIVEN**: That on **11/13/2012 at 10:00 AM** located at the front entrance to the Nevada Legal News located at 930 So. Fourth St., Las Vegas, NV 89101, that the property commonly known as:

7313 Hospitality Place
Las Vegas, NV 89131

and land legally described as Legal Unit No.: , Lot 12, Tract Elkhorn Springs-Parcel 4B, Block 4, Book 73, Page 28of the Official Records in the Office of the County Recorder of Clark County, Nevada, will sell at public auction to the highest bidder, for cash (payable at the time of sale) in lawful money of the United Sales, by cash, a cashier's check drawn by a state or national bank, a cashier's check drawn by a state or federal credit union, state or federal savings and loan association or savings association authorized to do business in the State of Nevada, in the amount of **$3,846.65** as of 10/17/2012, which includes the total amount of the unpaid balance and reasonably estimated costs, expenses and advances at the time of the initial publication of this notice. Any subsequent Association assessments, late fees interest, expenses or advancements, if any, of the Association or its Agent, under the terms of the Notice of Delinquent Assessment Lien shall continue to accrue until the date of the sale. The property heretofore described is being sold "as is".

The sale will be made without covenant or warranty, expressed or implied regarding, but not limited to, title or possession, encumbrances, obligations to satisfy any secured or unsecured liens or against all right, title and interest of the owner, without equity or right of redemption to satisfy the indebtedness secured by said Lien, with interest thereon, as provided in the Declaration of Covenants, Conditions and Restrictions, recorded on 3/22/1995, in Book Number 950322, as Instrument Number 00346 Page: County of Clark, State of Nevada and any and all amendments or annexations of record thereto.

Dated: October 17, 2012

_____
Prepared By Melissa Manalia, ATC Assessment Collection Group, LLC, on behalf of Elkhorn Community Association, a Nevada Non-Profit Corporation

STATE OF NEVADA       )
COUNTY OF CLARK       )

On October 17, 2012, before me, personally appeared Melissa Manalia, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.



WITNESS my hand and official seal.

Notary Public - State of Nevada
County of Clark
ANTOINETTE GILBERT
MY APPOINTMENT EXPIRES
May 13th, 2013
No: 09-10038-1

**Reinstatement Information**: (702) 727-5424 or (702) 255-1124 or toll free (877) 781-8885
**Sale Information**: www.priorityposting.com