EXHIBIT 10

Inst #: 20180906-0002119
Fees: $40.00
RPTT: $1040.40  Ex #:
09/06/2018 03:02:44 PM
Receipt #: 3504654
Requestor:
HONG & HONG LAW OFFICE
Recorded By: BGN  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

APN: 125-16-416-030
Recording requested by and mail
document and tax statements to:

Name: Golden Creek Holdings, LLC.
Address: 2764 Lake Sahara Dr., Suite 115
City/State/Zip: Las Vegas, NV 89117

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 27 day of August, 2018, by Premier One Holdings, Inc. (hereinafter "Grantor(s)"), whose address is 6085 W. Twain Ave., Suite 203, Las Vegas, NV 89103, to Golden Creek Holdings, LLC.(hereinafter "Grantee(s)") whose address is 2764 Lake Sahara Dr., Suite 115, Las Vegas, NV 89117.

WITNESSETH, That the said Grantor, for good consideration and for the sum of One Dollar USD ($1.00) paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Clark, State of Nevada, to wit:

*Commonly known as*:

7313 Hospitality Place, Las Vegas, NV 89131

*More particularly described as*:

APN: 125-16-416-030

Lot Twelve (12) in Block 4, of ELKHORN SPRINGS –Parcel 4B, as shown by map thereof on file in Book 73 of Plats, Page 28 in the Office of the County Recorder of Clark County, Nevada.

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_____
Michael Ring, President of Premier One
Holdings, Inc.

State of Nevada          )
                         ) ss
County of Clark          )

On this 27 day of August, 2018, before me, _Candace Carducci_____, a notary public in and for the County of Clark, State of Nevada, did personally appear before me the person of Michael Ring, President of Premier One Holdings, Inc.. personally known to me ( or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this Quitclaim Deed; and, acknowledged to me that he executed the same in his capacity, and that by his signature on this instrument did execute the same.

WITNESS my hand and official seal.

Signature: _____



CANDACE CARDUCCI
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-28-21
Certificate No: 98-49323-1

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 125-16-416-030
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land      b. [X] Single Fam. Res.
   c. [ ] Condo/Twnhse     d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural     h. [ ] Mobile Home
       [ ] Other

FOR RECORDERS OPTIONAL USE ONLY
Book _____ Page: _____
Date of Recording: _____
Notes:

3. a. Total Value/Sales Price of Property        $ 203,957
   b. Deed in Lieu of Foreclosure Only (value of property ( 0 )
   c. Transfer Tax Value:                        $ 203,957
   d. Real Property Transfer Tax Due             $ 1,040.40

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: ____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Agent / Attorney
Signature _____    Capacity: _____

SELLER (GRANTOR) INFORMATION
(REQUIRED)
Print Name: Premier One Holdings Inc.
Address: 6085 W. Twain Ave, #203
City: Las Vegas
State: NV    Zip: 89117

BUYER (GRANTEE) INFORMATION
(REQUIRED)
Print Name: Golden Creek Holdings, LLC
Address: 2764 Lake Sultana D. #115
City: Las Vegas
State: NV    Zip: 89117

COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)
Print Name: Joseph Y. Hong, ESQ        Escrow # _____
Address: 1980 Festival Plaza DR #650
City: LV    State: NV    Zip: 89135

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Print Date: 1/6/2022 7:44 AM        Page 3 of 3