EXHIBIT 11

Inst #: 20181115-0002547
Fees: $40.00
RPTT: $1040.40  Ex #:
11/15/2018 03:11:30 PM
Receipt #: 3565162
Requestor:
NOW SERVICES INC
Recorded By: RNS  Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

APN: 125-16-416-030
Recording requested by and mail
document and tax statements to:

**Name:** TwinRock Holdings, LLC.
**Address:** 180 Newport Center Dr., Suite 230
**City/State/Zip:** Newport Beach, CA 92660

---

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this _7_ day of November, 2018, by Golden

Creek Holdings, LLC.  (hereinafter  "Grantor(s)"), whose address is 2764 Lake

Sahara Dr., Suite 115, Las Vegas, Nevada 89117 to TwinRock Holdings,

LLC.(hereinafter "Grantee(s)") whose address is 180 Newport Center Dr., Suite 230

Newport Beach, CA 92660.

WITNESSETH, That the said Grantor, for good consideration and for the sum of One

Dollar USD ($1.00) paid by said Grantee, the receipt whereof is hereby acknowledged,

does hereby remise, release and quitclaim unto the said Grantee forever, all the right,

title, interest and claim which the said Grantor has in and to the following described

parcel of land, and improvements and appurtenances thereto in the County of Clark,

State of Nevada, to wit:

*Commonly known as*:

7313 Hospitality Place, Las Vegas, NV 89131

*More particularly described as*:

APN: 125-16-416-030

Lot Twelve (12) in Block 4, of ELKHORN SPRINGS —Parcel 4B, as shown by map thereof on file in Book 73 of Plats, Page 28 in the Office of the County Recorder of Clark County, Nevada.

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_____

Clement Ziroli, Jr., Manager and President of
Golden Creek Holdings, LLC.

| State of Nevada | ) |
| | ) ss |
| County of Clark | ) |

On this 7 day of November, 2018, before me Kimberly Senegal, a
notary public in and for the County of Clark, State of Nevada, did personally appear
before me the person of Clement Ziroli, Jr., Manager and President of Golden Creek
Holdings, LLC., personally known to me ( or proved to me on the basis of satisfactory
evidence) to be the persons whose names are subscribed to this Quitclaim Deed; and,
acknowledged to me that he executed the same in his capacity, and that by his signature
on this instrument did execute the same.

WITNESS my hand and official seal.

Signature: _____



Kimberly Senegal
State of Nevada
Notary Public
Appt. No. 16-2600-1
My Appt. Expires 5/9/2020



STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. __125 - 16 - 416 - 030__
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land   b. [X] Single Fam. Res.
   c. [ ] Condo/Twnhse  d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg     f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural  h. [ ] Mobile Home
      [ ] Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: _____ |

3. a. Total Value/Sales Price of Property      $ __203,957__
   b. Deed in Lieu of Foreclosure Only (value of property ( __0__ )
   c. Transfer Tax Value:                      $ __203,957__
   d. Real Property Transfer Tax Due           $ __1,040.__ 40/

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: __Agent / Attorney__

Signature _____   Capacity: _____

SELLER (GRANTOR) INFORMATION          BUYER (GRANTEE) INFORMATION
        (REQUIRED)                            (REQUIRED)
Print Name: Golden Creek Holdings     Print Name: Twin Rock Holdings
Address: 2764 Lake Sahara #115        Address: 180 Newport Center Dr. #230
City: LV                              City: Newport Beach
State: NV      Zip: 89117             State: CA      Zip: 92660

COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)
Print Name: Joseph Y. Hong, Esq.      Escrow #
Address: 1980 Festival Plaza DR #650
City: LV                              State: NV      Zip: 89135

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED