Inst #: 20200528-0000245
Fees: $42.00
05/28/2020 08:01:56 AM
Receipt #: 4085270
Requestor:
AKERMAN, LLP - LAS VEGAS
Recorded By: GYOUNG   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

# RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

**APN#** 125-16-416-030

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

**Notice of Release of Lis Pendens**

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**

Akerman LLP

**RETURN TO:** Name Akerman LLP

Address 1635 Village Center Circle, Suite 200

City/State/Zip Las Vegas, Nevada 89134

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name _____

Address _____

City/State/Zip _____

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

Electronically Filed
4/28/2020 5:44 PM
Steven D. Grierson
CLERK OF THE COURT

**NRLP**
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Citimortgage, Inc.*

# EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>HAMERA CORPORATION, an Unknown Entity; E*TRADE BANK, an Unknown Entity; CITIMORTGAGE, INC.., a New York Corporation; ELKHORN COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation; CITY OF LAS VEGAS, a Government Entity; ATC ASSESSMENT COLLECTION GROUP, a California Limited Liability Company; DOES I-X INDIVIDUALS; and DOE ENTITIES XI-XX,<br><br>              Defendants. | Case No.:   A-13-675910-C<br><br>Dept.:        XXX<br><br><br>**NOTICE OF RELEASE OF LIS PENDENS** |
| CITIMORTGAGE, INC.<br><br>              Counterclaimant,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC.<br><br>              Counter-defendant. | |

{41865143;1}

NOTICE IS HEREBY GIVEN that the notice of lis pendens, recorded with the Clark County Recorder on May 31, 2017, as Instrument No. 20170531-0003711, in relation to the above-entitled action, is released.

This release affects title to the real property located at 7313 Hospitality Place, Las Vegas, Nevada 89131, and legally described as follows:

**PARCEL ONE (1):**

LOT 12 IN BLOCK 4 OF ELKHORN SPRINGS – PARCEL 4B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 73 OF PLATS, PAGE 28 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR USE AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY AS SET FORTH IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR ELKHORN, RECORDED MARCH 22, 1995 IN BOOK 950322 AD DOCUMENT NO. 00346, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED, ALL IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**PARCEL TWO (2):**

A NON-EXCLUSIVE EASEMENT FOR USE AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

and more particularly identified in the official records of the Clark County Recorder as APN: **125-16-416-030.**

DATED April 28, 2020.

    **AKERMAN LLP**

    */s/ Donna M. Wittig*
    ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
    DONNA M. WITTIG, ESQ.
    Nevada Bar No. 11015
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134

    *Attorneys for CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 28th day of April, 2020, and pursuant to NRCP 5, I caused to be served a true and correct copy of the foregoing **NOTICE OF RELEASE OF LIS PENDENS**, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof & served through the Notice Of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List.

> Joseph Y. Hong, Esq.
> HONG & HONG APLC
> 1980 Festival Plaza Drive, Suite 650,
> Las Vegas, Nevada 89135
>
> *Attorney for Plaintiff*

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Carla Llarena*
An employee of AKERMAN LLP

{41865143;1}                                   3