# EXHIBIT "G"

# EXHIBIT "G"

Ethereum ID: 0x7d4874de8ec099c316480d143ecd706364d4c88

APN: 125-16-416-030
RECORDING REQUESTED BY:
AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
P.O. Box 22004
525 East Main Street
El Cajon CA 92022-9004

Inst #: 201010270003861
Fees: $215.00
N/C Fee: $0.00
10/27/2010 03:19:10 PM
Receipt #: 556953
Requestor:
LSI TITLE AGENCY INC.
Recorded By: ARO   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

100664446

The Undersigned Hereby Affirms That There Is No Social Security Number Contained In This Document.

## NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

T.S. No. 1305674-15                              Loan No. XXXXXX4192

NOTICE IS HEREBY GIVEN: THAT CAL-WESTERN RECONVEYANCE CORPORATION, A California Corporation, is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **March 10, 2006**

executed by **WAYNE BERWICK AND DEBRA BERWICK, HUSBAND AND WIFE AS JOINT TENANTS** as Trustor, in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME LOAN CENTER, INC., DBA LENDING TREE LOANS** as Beneficiary, recorded **March 20, 2006**, under Instrument No. **20060320-0002449** in book XX page XX, of Official Records in the Office of the County Recorder of **CLARK** County, Nevada describing land therein as: **COMPLETELY DESCRIBED IN SAID DEED OF TRUST**

Securing, among other obligations, one note(s) for the original sum of **$180,000.00** that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the below set out beneficiary; that a breach of, and default in the obligations for which said Deed of Trust is security has occurred in that payment has not been made of
**Failure to pay the monthly payment due August 1, 2009 of principal and interest and subsequent installments due thereafter; plus late charges; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said deed of trust.**

The street address and other common designation, if any, of the real property described above is purported to be:
7313 HOSPITALITY PLACE
LAS VEGAS NV 89131

That by reason thereof, the below set out beneficiary under such Deed of Trust, has executed and delivered to the Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said Trustee, such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

NODNV.DOC                           Rev. 5/24/10                                Page 1 of 2

Print Date: 6/15/2020 3:18 PM            Page 1 of 2          

## NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

T.S. No. 1305674-15     Loan No. XXXXXX4192

### NOTICE

You may have the right to cure the default herein and reinstate the obligation secured by such Deed of Trust above described. Section 107.080 NRS permits certain defaults to be cured upon the payment of the amounts required by that section without requiring payment of that portion of principal and interest which would not be due had no default occurred. Where reinstatement is possible, if the default is not cured within the statutory period set forth in section 107.080 NRS, the right of reinstatement will terminate and the property may thereafter be sold.

HUD approved local Counseling Agency:   HOUSING FOR NEVADA
(877)649-1335

**To determine if reinstatement is possible and the amount, if any, necessary to cure the default, contact: CITIMORTGAGE, INC.**

c/o   CITIMORTGAGE, INC.
1000 TECHNOLOGY DRIVE, MS 314
O FALLON MO 63368-2240

(800)926-9783
Loan Modification contact information: CMI WORKOUT DEPARTMENT
(866)272-4749

For Foreclosure status, please contact:   Cal-Western Reconveyance Corp.
525 East Main Street
P.O. Box 22004
El Cajon, CA 92022-9004
(619) 590-9200   By

CAL-WESTERN RECONVEYANCE CORPORATION    **LSI TITLE AGENCY, INC, AS AGENT**

Signature/By _____A. Sheppard_____
GSheppard

State of California
County of ~~San Diego~~ Orange

On 10/27/10 before me, Enedina O. Sanchez,
a Notary Public, personally appeared GSheppard , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Signature _Enedina Sanchez_

ENEDINA O. SANCHEZ
Commission # 1796125
Notary Public - California
Orange County
My Comm. Expires Apr 21, 2012

Date   October 27, 2010
Ref.    BERWICK, WAYNE

NODNV.DOC          Rev. 5/24/10          Page 2 of 2

