# EXHIBIT "J"

# EXHIBIT "J"

C(3)-1

APN: 125-16-416-030
TS No.: 2009-4229-N
Title Order No.: 4360624

WHEN RECORDED MAIL TO:
FORWARD TAX STATEMENTS TO:
Premier One Holdings, Inc.
3150 Soft Breezes #1178
Las Vegas, NV 89128

Inst #: 201211190002852
Fees: $18.00 N/C Fee: $25.00
RPTT: $22.95 Ex: #
11/19/2012 03:29:26 PM
Receipt #: 1387578
Requestor:
PREMIER ONE HOLDINGS INC
Recorded By: GILKS   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

# TRUSTEE'S DEED UPON SALE

The undersigned declares:

ATC Assessment Collection Group, LLC, herein called trustee for Elkhorn Community Association, a Nevada Non-Profit Corporation, as the duly appointed Trustee under the Notice of Delinquent Assessment Lien, recorded on 12/14/2009 as Document No. 0001932 Book 20091214 Page  of Official Records in the Office of the Recorder of Clark County, Nevada. The previous owner as reflected on said lien is Wayne Berwick and Debra Berwick.

ATC Assessment Collection Group, LLC as agent for Elkhorn Community Association, a Nevada Non-Profit Corporation does hereby grant and convey, but without warranty expressed or implied to Premier One Holdings, Inc. (herein called Grantee), that portion of its right, title and interest secured by its lien under NRS 116.3116 in and to that certain property legally described as: Legal Unit No.:  Lot 12 Tract Elkhorn Springs-Parcel 4B, Block 4 Book 73 Page 28 of Maps.

Commonly known as:   7313 Hospitality Place
                     Las Vegas, NV 89131

RECITALS:

This conveyance is made pursuant to the powers granted to association claimant and conferred upon appointed trustee by the provisions of the Declaration of Covenants, Conditions, and Restrictions recorded 3/22/1995 as Instrument No. 00346 Book 950322 Page  County of Clark and pursuant to NRS 116.3115 et. seq. and NRS 116.3116 through 116.31168 et. seq. and that certain Notice of Delinquent Assessment Lien, described herein. Default occurred as set forth in a Notice of Default and Election to Sell, recorded on 1/20/2010 as Document No. 2839 Book 20100120 Page  of Official Records in the Office of the Recorder of Clark County, Nevada. ATC Assessment Collection Group, LLC has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment Lien and Notice of Default and the Posting and Publication of the Notice of Sale.

Page 1 of 2

APN: 125-16-416-030
TS No.: 2009-4229-N
Title Order No.: 4360624

Said property was sold by said Trustee at public auction on 11/13/2012 at the place named in the Notice of Trustee's Sale, in the County of Clark, Nevada, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount bid, being $4,100.00, in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then due and payable to association claimant set forth in NRS 116.3116 et. seq.

Dated: November 14, 2012

By: _____
Melissa Manalia, ATC Assessment Collection Group, LLC, as Trustee for Elkhorn Community Association, a Nevada Non-Profit Corporation

STATE OF NEVADA      )
COUNTY OF CLARK      )

On November 14, 2012 before me, Antoinette Gilbert, a Notary Public, personally appeared Melissa Manalia personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Antoinette Gilbert, Notary Public

Notary Public - State of Nevada
County of Clark
ANTOINETTE GILBERT
MY APPOINTMENT EXPIRES
May 13th, 2013
No: 09-10038-1

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 125-16-416-030
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a) ☐ Vacant Land      b) ☒ Single Fam. Res.
   c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg       f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural    h) ☐ Mobile Home
   ☐ Other _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book: _____ Page: _____
   Date of Recording: _____
   Notes: _____

3. Total Value/Sales Price of Property       $ 4,100
   Deed in Lieu of Foreclosure Only (value of property) ( _____ )
   Transfer Tax Value:                        $ 4,100
   Real Property Transfer Tax Due             $ 22.95

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity Buyer

Signature _____    Capacity _____

**SELLER (GRANTOR) INFORMATION (REQUIRED)**
Print Name: ATC Assessment Collection
Address: 9700 W. Spring Mtn
City: Las Vegas
State: NV       Zip: 89145

**BUYER (GRANTEE) INFORMATION (REQUIRED)**
Print Name: Premier One Holdings, Inc
Address: 5700 W. Spring Mnt ste N
City: Las Vegas
State: NV       Zip: 89145

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: _____        Escrow #: _____
Address: _____
City: _____              State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

