# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company, | |
| Plaintiff(s), | 2:22-cv-00143-JAD-VCF |
| v. | **ORDER** |
| CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; BRECKENRIDGE PROPERTY FUND 2016, LLC; DOES I through X, inclusive; and ROE ENTITIES XI through XX, | |
| Defendant(s). | |

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the telephonic status hearing scheduled for 10:00 AM, December 28, 2022, is RESCHEDULED to 10:00 AM, January 4, 2023.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 6th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1