JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Plaintiff*
*Twinrock Holdings, LLC*

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWINROCK HOLDINGS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., a New York Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; BRECKENRIDGE PROPERTY FUND 2016, LLC, a foreign Limited Liability Company, DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants. | CASE NO: 2:22-cv-00143-JAD-VCF<br><br>(Removed from 8th Judicial District, State of Nevada Case No. A-22-846539-C)<br><br>**Status Hearing Date: January 4, 2023**<br>**Status Hearing Time: 10:00 am** |

**STIPULATION TO CONTINUE TELEPHONIC STATUS HEARING**

COME NOW, Plaintiff TWINROCK HOLDINGS, LLC, by and through its counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Defendant CITIMORTGAGE, INC., by and through its counsel of record, David T. Blake, Esq., of Wolfe & Wyman, LLP, and Defendant BRECKENRIDGE PROPERTY FUND 2016, LLC, by and through its counsel of record, Casey J. Nelson, Esq., of Wedgewood, LLC hereby stipulate and agree to continue the status hearing as follows:

**WHEREAS**, on December 28, 2023, Plaintiff TWINROCK HOLDINGS, LLC placed a letter in the US mail to the Honorable Jennifer A. Dorsey requesting a decision on pending Motion for Summary Judgment [ECF#27] pursuant to LR IA 7-1(a).

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**WHEREAS**, on January 3, 2023, Counsel for Plaintiff TWINROCK HOLDINGS, LLC reached out to the parties to see if they would be agreeable to a continuance of the status hearing currently scheduled for January 4, 2023 due to a conflict with Plaintiff's calendar.

**NOW WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that the telephonic status hearing currently scheduled to commence on January 4, 2023 at 10:00 a.m. will be continued by thirty (30) days out or to a date as determined by the Court's calendar. This Stipulation is proposed in good faith, and is not intended to cause prejudice or delay.

**IT IS SO STIPULATED.**

Dated this 3rd day of January, 2023.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102

*Attorney for Plaintiff*
*Twinrock Holding, LLC*

Dated this 3rd day of January, 2023.

**WOLFE &WYMAN LLP**

/s/ *David T. Blake, Esq.*
DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, NV 89119

*Attorneys for Defendant*
*Citimortgage, Inc*

DATED this 3rd day of January, 2023.

**WEDGEWOOD, LLC**

/s/ *Casey J. Nelson, Esq.*
CASEY J. NELSON, ESQ.
Nevada Bar No. 12259
BRANDON TROUT, ESQ.
Nevada Bar No. 13411
2320 Potosi St., Suite 130
Las Vegas, NV 89146

*Attorneys for Defendant Breckenridge Property Fund 2016*

IT IS HEREBY ORDERED that the telephonic status hearing scheduled for January 4, 2023, is RESCHEDULED to 10:00 AM, April 17, 2023. The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

IT IS SO ORDERED.

______________________________
Cam Ferenbach
United States Magistrate Judge

DATED 1-3-2023